**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| In re: | § | |
|---|---|---|
| | § | |
| CHIPULES, PAUL C | § | Case No. 08-09552 |
| CHIPULES, STELLA A | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BARRY A. CHATZ, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

U.S. BANKRUPTCY COURT, 219 S. DEARBORN ST., CHICAGO, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objection upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 a.m. on Tuesday, November 25, 2014 in Courtroom 619, U.S. COURTHOUSE, 219 S. DEARBORN ST., CHICAGO, IL 60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 10/30/2014                     By: /s/ Barry A. Chatz, Trustee
                                                Barry A. Chatz, Trustee

*BARRY A. CHATZ*
*120 S. RIVERSIDE PLAZA*
*SUITE 1200*
*CHICAGO, IL 60606-0000*

United States Bankruptcy Court
Northern District of Illinois

In re:                                                          Case No. 08-09552-DRC
Paul C Chipules                                                 Chapter 7
Stella A Chipules
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: dgomez              Page 1 of 2              Date Rcvd: Oct 31, 2014
                               Form ID: pdf006           Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 02, 2014.
```
db/jdb         +Paul C Chipules,   Stella A Chipules,   288 Geneva Dr,   Chicago Heights, IL 60411-4666
12153372       +Bank of America,   Po Box 26012,   Nc4-105-03-14,   Greensboro, NC 27420-6012
12153373      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital 1 Bank,   Attn: C/O TSYS Debt Management,   Po Box 5155,
                 Norcross, GA 30091)
12153376      ++CHASE CARD SERVICES,    201 NORTH WALNUT STREET,    ATTN MARK PASCALE,   MAIL STOP DE1-1406,
                 WILMINGTON DE 19801-2920
               (address filed with court: Chase,   Attn: Credit Bureau Updates,   Po Box 15919,
                 Wilmington, DE 19850)
12153378      ++CITIBANK,   PO BOX 6043,    SIOUX FALLS SD 57117-6043
               (address filed with court: Citibank,   Attn: Citicorp Credit Services,   7920 Nw 110th Street,
                 Kansas City, MO 64153)
12153374       +Catherines,   Po Box 9714,   Gray, TN 37615-9714
12153375       +Charles Mylan Chuman M.D.,   1608 East Lincolnway, Suite G,   Valpariso, IN 46383-5852
12153377       +Chase,   Po Box 100019,   Kennesaw, GA 30156-9205
12153379       +Cook County Hospital,   1900 W Polk St,   Chicago, IL 60612-3764
12153380      ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
               (address filed with court: Dell Financial Services,   Po Box 81577,   Austin, TX 78708)
12153371       +Danielle M. Blondin,   Legal Helpers, PC,   Sears Tower,   233 S. Wacker Suite 5150,
                 Chicago, IL 60606-6371
12153382       +Fashion Bug/soanb,   Tsys Debt Mgmt Attn: Bankruptcy,   6356 Corley Rd,
                 Norcross, GA 30071-1704
12153385       +HSBC,   Hsbc Card Srvs Attn: Bankruptcy,   Po Box 5213,   Carol Stream, IL 60197-5213
12153386      ++HSBC BANK,    ATTN BANKRUPTCY DEPARTMENT,    PO BOX 5213,   CAROL STREAM IL 60197-5213
               (address filed with court: HSBC / Best Buy,   Po Box 15522,   Wilmington, DE 19850)
12153389       +Lake Imaging, LLC,   55 East 86th Ave. ste !,   PO Box 40645,   Merrillville, IN 46410-6382
12153390        Linebarger Goggan Blair & Sampson,   P.O. Box 06152,   Chicago, IL 60606-0152
12153391       +Messerli & Kramer PA,   3033 Campus Dr,   Suite 250,   Minneapolis, MN 55441-2662
12153392       +Pathology Consultants,   2020 Lindel Ave,   Nashville, TN 37203-5509
12153370       +Paul C Chipules,   Stella A Chipules,   288 Geneva Dr,   Chicago Heights, IL 60411-4666
12153394       +Saint Margaret Mercy,   Processing Center,   PO Box 6195,   Reading, PA 19610-0195
12153395       +Sears,   Citi Corp Credit Services,   Po Box 20363,   Kansas City, MO 64195-0363
12153396       +St. Anthony Medical Center,   1201 S Main Street,   Crown Point, IN 46307-8483
21804272        State Farm Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
12153397       +State Farm Financial S,   3 State Farm Plaza N-4,   Bloomington, IL 61791-0002
12153398       +Target,   Po Box 1327,   Mail Stop 3CK,   Minneapolis, MN 55440-1327
12153399      ++US BANK,    PO BOX 5229,   CINCINNATI OH 45201-5229
               (address filed with court: Us Bank/na Nd,   Us Bank Bankruptcy Dept,   Po Box 5229,
                 Cincinnati, OH 45201)
12153400       +WFNNB / Lane Bryant,   Po Box 182125,   Columbus, OH 43218-2125
21861493        WORLD'S FOREMOST BANK,   CABELA'S CLUB VISA,   PO BOX 82609,   LINCOLN, NE 68501-2609
12153401       +Wfnnb/Gander Mountain,   4590 E Broad St,   Columbus, OH 43213-1301
12153402       +Worlds Foremost Bank N,   4800 Nw 1st St Ste 300,   Lincoln, NE 68521-4463
21721820        eCAST Settlement Corporation, assignee,   of HSBC Bank Nevada and its Assigns,   POB 35480,
                 Newark, NJ 07193-5480
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
21529420        E-mail/PDF: mrdiscen@discoverfinancial.com Nov 01 2014 01:42:04      Discover Bank,
                 DB Servicing Corporation,   PO Box 3025,   New Albany, OH  43054-3025
12153381       +E-mail/PDF: mrdiscen@discoverfinancial.com Nov 01 2014 01:42:04      Discover Financial,
                 Po Box 3025,   New Albany, OH 43054-3025
12153383       +E-mail/PDF: gecsedi@recoverycorp.com Nov 01 2014 01:40:24      GEMB / Walmart,   Po Box 103106,
                 Roswell, GA 30076-9106
12153384       +E-mail/PDF: gecsedi@recoverycorp.com Nov 01 2014 01:42:39      Gemb/Sams Club Dc,
                 Po Box 981400,   El Paso, TX 79998-1400
12153388       +E-mail/PDF: gecsedi@recoverycorp.com Nov 01 2014 01:40:24      Jc Penney,
                 Ge Money/Attn: Bankruptcy Dept,   4125 Windward Plaza, Building 300,
                 Alpharetta, GA 30005-8738
21916676       +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 01 2014 01:38:04
                 PYOD, LLC its successors and assigns as assignee,   of Citibank, N.A.,
                 Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
12153393       +E-mail/Text: mmrgbk@miramedrg.com Nov 01 2014 01:33:43      Pellettieri & Associates, LTD,
                 991 Oak Creek Drive,   Lombard, IL 60148-6408
21538299        E-mail/Text: bnc-quantum@quantum3group.com Nov 01 2014 01:33:13
                 Quantum3 Group LLC as agent for,   Comenity Bank,   PO Box 788,   Kirkland, WA  98083-0788
                                                                                              TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty            Williams Kherkher,   Williams Kherkher Hart Boundas, LLP
```

```
District/off: 0752-1           User: dgomez              Page 2 of 2              Date Rcvd: Oct 31, 2014
                               Form ID: pdf006           Total Noticed: 39

12153387*      ++HSBC BANK,    ATTN BANKRUPTCY DEPARTMENT,    PO BOX 5213,    CAROL STREAM IL 60197-5213
               (address filed with court: Hsbc/mnrds,    Po Box 15522,    Wilmington, DE 19850)
                                                                                TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2014                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 30, 2014 at the address(es) listed below:

```
          Barry A Chatz    on behalf of Trustee Barry A Chatz bachatz@arnstein.com,
           bchatz@ecf.epiqsystems.com;jbmedziak@arnstein.com;blsutton@arnstein.com;irsiabc@aol.com
          Barry A Chatz     bachatz@arnstein.com,
           bchatz@ecf.epiqsystems.com;jbmedziak@arnstein.com;blsutton@arnstein.com;irsiabc@aol.com
          E. Philip  Groben    on behalf of Trustee Barry A Chatz pgroben@cohenandkrol.com,
           trotman@cohenandkrol.com;jneiman@cohenandkrol.com
          Gina B Krol, ESQ    on behalf of Trustee Barry A Chatz gkrol@cohenandkrol.com,
           gkrol@cohenandkrol.com;trotman@cohenandkrol.com;jneiman@cohenandkrol.com
          Justin R. Storer    on behalf of Debtor Paul C Chipules jstorer@lakelaw.com
          Justin R. Storer    on behalf of Joint Debtor Stella A Chipules jstorer@lakelaw.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 7
```