UNITED STATES BANKRUPTCY COURT
DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| CHIPULES, PAUL C | § | Case No. 08-09552 |
| CHIPULES, STELLA A | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    BARRY A. CHATZ, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $         (see **Exhibit 2**), yielded net receipts of $         from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By: /s/BARRY A. CHATZ _____
                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Paul Chipules and Stella Chipules |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BARRY A. CHATZ, TRUSTEE | | | | | |
| BANK OF NEW YORK MELLON | | | | | |
| U.S. BANKRUPTCY COURT | | | | | |
| COHEN & KROL | | | | | |
| COHEN & KROL | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000004 | CHARLES MYLAN CHUMAN M.D. | | | | | |
| 000001 | DISCOVER BANK | | | | | |
| 000005 | ECAST SETTLEMENT - HSBC NEVADA | | | | | |
| 000008 | PYOD, LLC - CITIBANK, N.A. | | | | | |
| 000009 | PYOD, LLC - CITIBANK, N.A. | | | | | |
| 000010 | PYOD, LLC - CITIBANK, N.A. | | | | | |
| 000002 | QUANTUM3 GROUP FOR COMENITY | | | | | |
| 000003 | QUANTUM3 GROUP FOR COMENITY | | | | | |
| 000006 | STATE FARM BANK | | | | | |
| 000007 | WORLD'S FOREMOST BANK | | | | | |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

| Case No: | 08-09552 | TAB | Judge: TIMOTHY A. BARNES | Trustee Name: | BARRY A. CHATZ |
| --- | --- | --- | --- | --- | --- |
| Case Name: | CHIPULES, PAUL C | | | Date Filed (f) or Converted (c): | 04/18/08 (f) |
| | CHIPULES, STELLA A | | | 341(a) Meeting Date: | 05/16/08 |
| For Period Ending: | 01/23/15 | | | Claims Bar Date: | 05/15/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Mobile home located at 288 Geneva Dr, Chicago Heig | 5,000.00 | 5,000.00 | | 0.00 | FA |
| 2. Easement for entombment at Holy Cross Cemetary, 80 | 11,300.00 | 11,300.00 | | 0.00 | FA |
| 3. Financial Accounts | 150.00 | 150.00 | | 0.00 | FA |
| 4. Security Deposits | 0.00 | 0.00 | | 0.00 | FA |
| 5. Household Goods | 500.00 | 500.00 | | 0.00 | FA |
| 6. Books / Collectibles | 50.00 | 50.00 | | 0.00 | FA |
| 7. Wearing Apparel | 300.00 | 300.00 | | 0.00 | FA |
| 8. Firearms and Hobby Equipment | 300.00 | 300.00 | | 0.00 | FA |
| 9. Insurance Policies | 1,082.70 | 1,082.70 | | 0.00 | FA |
| 10. Insurance Policies | 1,398.20 | 1,398.20 | | 0.00 | FA |
| 11. Vehicles | 750.00 | 750.00 | | 0.00 | FA |
| 12. Vehicles | 1,525.00 | 1,525.00 | | 0.00 | FA |
| 13. LITIGATION (u) SETTLEMENT OF LITIGATION ACTION | 21,105.79 | 21,380.11 | | 21,380.11 | FA |

|  |  |  |  | Gross Value of Remaining Assets |
| --- | --- | --- | --- | --- |
| TOTALS (Excluding Unknown Values) | $43,461.69 | $43,736.01 | $21,380.11 | $0.00 |
|  |  |  |  | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

PREPARE TFR

Initial Projected Date of Final Report (TFR): 06/30/15    Current Projected Date of Final Report (TFR): 06/30/15

LFORM1

UST Form 101-7-TDR (5/1/2011) *(Page: 6)*

Ver: 18.03b

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1
Exhibit 9

| | |
|---|---|
| Case No: 08-09552 | Trustee Name: BARRY A. CHATZ |
| Case Name: CHIPULES, PAUL C / CHIPULES, STELLA A | Bank Name: BANK OF NEW YORK MELLON |
| | Account Number / CD #: *******9536 Checking Account (Non-Interest Earn |
| Taxpayer ID No: *******1129 | |
| For Period Ending: 01/23/15 | Blanket Bond (per case limit): $ 5,000,000.00 |
| | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/19/14 | 13 | WILLIAMS, KHERKHER, HART & BOUNDAS LLP<br>8441 GULF FREEWAY, SUITE 600<br>HOUSTON, TX 77017 | LITIGATION SETTLEMENT | 1249-000 | 21,380.11 | | 21,380.11 |
| 06/06/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 11.28 | 21,368.83 |
| 06/12/14 | 300001 | Paul Chipules and Stella Chipules<br>288 Geneva Drive<br>Chicago Heights, IL 60411 | DEBTOR EXEMPTIONS<br>735 ILCS 5 Section 12-1001(h)(4) Exemption - $15,000<br>735 ILCS 5 Section 12-1001(b) Exemption - $400 | 8100-000 | | 15,400.00 | 5,968.83 |
| 06/18/14 | 300002 | Cohen & Krol<br>105 West Madison Street<br>Suite 1100<br>Chicago, IL 60602 | ATTORNEY FOR TRUSTEE<br>$2,910.00 fees and $24.57 expenses = $2,934.57<br>TOTAL PAID<br>PURSUANT TO 6/17/14 COURT ORDER<br>  Fees       2,910.00<br>  Expenses     24.57 | <br><br><br><br><br>3210-000<br>3220-000 | | 2,934.57 | 3,034.26 |
| 11/25/14 | 300003 | BARRY A. CHATZ, TRUSTEE<br>120 SOUTH RIVERSIDE PLAZA<br>CHICAGO, ILLINOIS 60606 | Trustee Compensation | 2100-000 | | 1,348.01 | 1,686.25 |
| 11/25/14 | 300004 | U.S. BANKRUPTCY COURT<br>ATTN; CLERK'S OFFICE<br>219 SOUTH DEARBORN STREET<br>CHICAGO, IL 60604 | Clerk of the Courts Costs (includes | 2700-000 | | 260.00 | 1,426.25 |
| 11/25/14 | 300005 | DISCOVER BANK<br>DB SERVICING CORPORATION<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Claim 000001, Payment 2.63% | 7100-000 | | 360.25 | 1,066.00 |
| 11/25/14 | 300006 | QUANTUM3 GROUP FOR COMENITY<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Claim 000002, Payment 2.63%<br>(2-1) UNSECURED DEBT | 7100-000 | | 15.30 | 1,050.70 |
| | | | Page Subtotals | | 21,380.11 | 20,329.41 | |

Ver: 18.03b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 7)*

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 08-09552 | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|
| Case Name: | CHIPULES, PAUL C | Bank Name: | BANK OF NEW YORK MELLON |
|  | CHIPULES, STELLA A | Account Number / CD #: | *******9536 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1129 |  |  |
| For Period Ending: | 01/23/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 11/25/14 | 300007 | QUANTUM3 GROUP LLC FOR COMENITY<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Claim 000003, Payment 2.63%<br>(3-1) UNSECURED DEBT | 7100-000 |  | 10.85 | 1,039.85 |
| 11/25/14 | 300008 | CHARLES MYLAN CHUMAN M.D.<br>1608 EAST LINCOLNWAY, SUITE G<br>VALPARISO, IN 46383 | Claim 000004, Payment 2.63% | 7100-000 |  | 24.23 | 1,015.62 |
| 11/25/14 | 300009 | ECAST SETTLEMENT-HSBC NEVADA<br>POB 35480<br>NEWARK, NJ 07193-5480 | Claim 000005, Payment 2.63%<br>(5-1) CREDIT CARD DEBT | 7100-000 |  | 95.15 | 920.47 |
| 11/25/14 | 300010 | STATE FARM BANK<br>C O BECKET AND LEE LLP<br>POB 3001<br>MALVERN, PA 19355-0701 | Claim 000006, Payment 2.63%<br>(6-1) CREDIT CARD DEBT | 7100-000 |  | 130.05 | 790.42 |
| 11/25/14 | 300011 | WORLD'S FOREMOST BANK<br>CABELA'S CLUB VISA<br>PO BOX 82609<br>LINCOLN, NE 68501-2609 | Claim 000007, Payment 2.63%<br>(7-1) 0379 | 7100-000 |  | 181.55 | 608.87 |
| 11/25/14 | 300012 | PYOD, LLC - CITIBANK, N.A.<br>RESURGENT CAPITAL SERVICES<br>PO BOX 19008<br>GREENVILLE, SC 29602 | Claim 000008, Payment 2.63% | 7100-000 |  | 250.88 | 357.99 |
| 11/25/14 | 300013 | PYOD, LLC - CITIBANK, N.A.<br>RESURGENT CAPITAL SERVICES<br>PO BOX 19008<br>GREENVILLE, SC 29602 | Claim 000009, Payment 2.63% | 7100-000 |  | 244.58 | 113.41 |
| 11/25/14 | 300014 | PYOD, LLC - CITIBANK, N.A.<br>RESURGENT CAPITAL SERVICES<br>PO BOX 19008<br>GREENVILLE, SC 29602 | Claim 000010, Payment 2.63% | 7100-000 |  | 113.41 | 0.00 |

Page Subtotals 0.00 1,050.70

Ver: 18.03b

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |  | | |
|---|---|---|---|---|
| Case No: | 08-09552 | Trustee Name: | BARRY A. CHATZ | |
| Case Name: | CHIPULES, PAUL C | Bank Name: | BANK OF NEW YORK MELLON | |
| | CHIPULES, STELLA A | Account Number / CD #: | *******9536 Checking Account (Non-Interest Earn | |
| Taxpayer ID No: | *******1129 | | | |
| For Period Ending: | 01/23/15 | Blanket Bond (per case limit): | $ 5,000,000.00 | |
| | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 21,380.11 | 21,380.11 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 21,380.11 | 21,380.11 | |
| | | | Less: Payments to Debtors | | | 15,400.00 | |
| | | | Net | | 21,380.11 | 5,980.11 | |

|  |  |  |
|---|---|---|
| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| Checking Account (Non-Interest Earn - ********9536) | 21,380.11 | 5,980.11 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 21,380.11 | 5,980.11 | 0.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  0.00  0.00

Ver: 18.03b

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 9)